UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:

_____

|  |  |  |
|---|---|---|
| HUHTAMAKI, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Court No. 25-00083 |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

_____

## NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that David Heitner has been substituted as principal attorney of

record for the United States, defendant in the above-captioned action, in place of Alexander

Vanderweide, and requests that all papers in connection therewith be referred to his attention.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

/s/ Justin R. Miller
Attorney-In-Charge
International Trade Field Office

By:    /s/ David Heitner
DAVID HEITNER
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Dated: July 30, 2026    Attorneys for Defendant
202-598-3861